# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **HANNAH C. RAPP,** Defendant. | PO-25-5095-GF-JTJ **VIOLATION:** E2029803 **Location Code: M13** **ORDER** |

Based upon the United States' motion to dismiss violation E2029803 for good cause shown,

**IT IS ORDERED** that violation E2029803 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for August 29, 2025, is **VACATED.**

DATED this 26th day of August, 2025.

John Johnston
United States Magistrate Judge